Dismissed and Memorandum
Opinion filed October 1, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00501-CV

____________

 

DALIDA TOUMA, GALLERIA DIAMONDS, L.L.C., AND MIKE
LOUTIFI, Appellants

 

V.

 

BETTE J. “LIZ” BAKER, DALE A. LYONS, AND LDL DIAMONDS
AND ASSOCIATES, L.L.C., Appellees

 



 

On Appeal from the 234th District Court

Harris County, Texas

Trial Court Cause No. 2005-67667

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed March 30, 2009.  No clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court
appellant did not make arrangements to pay for the record.  








On August 17, 2009, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment
for the record. Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Guzman, and Boyce.